summary judgment in favor of Officer Sweiger and remand for a trial on his liability to Mr. Blue. Affirmed in part and reversed and remanded in part.

HAROLD L. LOWENSTEIN and PATRICIA A. BRECKENRIDGE, JJ. concur.

■

**Walter L. COOK, Appellant,**

v.

**Marie L. TURNER and Joan C. Brunsvold, Respondents.**

**No. WD 64624.**

Missouri Court of Appeals, Western District.

June 7, 2005.

Application for Transfer to Supreme Court Denied Aug. 2, 2005.

Application for Transfer Denied Sept. 20, 2005.

Bradley Constance, Independence, for Appellant.

Dennis Palmer, Kansas City, for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

Walter L. Cook appeals the circuit court's summary judgment for Marie L. Turner and Joan C. Brunsvold on Cook's

action to set aside deeds and quiet title. We affirm. Rule 84.16(b).

**Amy HALLIN, Appellant,**

v.

**Sean MITCHELL, Jeffrey Jaax, Jane Doe and Robert Roe, Unknown Employees of Westport Anesthesia Services, P.C., Westport Anesthesia Services, P.C., and Saint Luke's Hospital of Kansas City, Respondents.**

**No. WD 64427.**

Missouri Court of Appeals, Western District.

June 14, 2005.

Application for Transfer to Supreme Court Denied Aug. 2, 2005.

Application for Transfer Denied Sept. 20, 2005.

David Greis, Kansas City for Appellant.

B.K. Christopher and Thomas Wagstaff, Kansas City for Respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

**ORDER**

Amy Hallin appeals the circuit court's judgment dismissing her petition claiming